```
1  NICOLA T. HANNA
   United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   JOHN J. LULEJIAN (Cal. Bar No. 186783)
4  Assistant United States Attorney
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-0721
        Facsimile: (213) 894-0141
7       E-mail:    John.Lulejian@usdoj.gov

8  Attorneys for Applicant
   UNITED STATES OF AMERICA
```



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF<br><br>JI EUN SUN,<br>  aka "Ji Eun Seon,"<br>  aka "Eun Ji Sun,"<br>  aka "Eun Ji Su,"<br><br>A Fugitive from the Government of the Republic of Korea. | NO. MJ 18-0104<br><br>[PR~~OPOSED~~] ORDER  |

Upon consideration of the request of the United States for the detention of fugitive JI EUN SUN, also known as ("aka") aka "Ji Eun Seon," aka "Eun Ji Sun," aka "Eun Ji Su" ("JI") pending extradition proceedings, and good cause therefor appearing,

IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

    1.    In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. See United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also In re Extradition of Smyth, 976 F.2d 1535, 1535-36

(9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special circumstances exist rests upon the fugitive. See, e.g., Salerno, 878 F.2d at 317-18. Here, the Court finds that no such "special circumstances" exist.

2. The government alternatively requests detention on the grounds that JI presents an unacceptable risk of (a) flight and/or (b) danger to the community, even if the Court were to find that special circumstances are present.

The Court hereby finds no combination of conditions that will reasonably assure:

    a. (X) the appearance of defendant as required; and/or
    b. (X) the safety of any person or the community

IT IS SO ORDERED.

DATE 1/18/18

HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney